AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00245 |
| Philip Sean Grillo | ) Assigned to: Judge Meriweather, Robin M |
| DOB: XXXXXX | ) Assign Date: 2/21/2021 |
|   | ) Description: COMPLAINT W/ARREST WARRANT |
|   | ) |
|   | ) |
| *Defendant(s)* |   |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) | - Unlawful Entry on Restricted Buildings or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) and (G) | - Violent Entry and Disorderly Conduct on Capitol Grounds, |
| 18 U.S.C. § 1512(c)(2) | - Obstruction of Justice/Congress. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Kellen Grogan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/21/2021__

Robin M. Meriweather
2021.02.21 12:04:56 -05'00'

_____
Judge's signature

City and state: __Washington, D.C.__   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*