UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-mj-245 |
| | : | |
| **PHILIP GRILLO,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Christine M. Macey*
CHRISTINE M. MACEY
Assistant United States Attorney
D.C. Bar No. 1010730
555 4th Street, NW, Room 5243
Washington, D.C. 20530
Christine.Macey@usdoj.gov
(202) 252-7058

Certificate of Service

      I HEREBY CERTIFY that I served a copy of the foregoing motion via electronic case filing to counsel for Defendant, on this 29th day March, 2021.

                                        /s/ *Christine M. Macey*
                                        CHRISTINE M. MACEY
                                        Assistant United States Attorney