# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal No. 21-mj-245** |
| : | |
| **PHILIP S. GRILLO,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue September 27, 2021 Status hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is it is further

**ORDERED** that the status hearing currently scheduled for September 27, 2021 is continued to November 26, 2021 at 3:00 p.m. before Magistrate Judge Robin M. Meriweather; and it is further

**ORDERED** that the time between September 27, 2021 and November 26, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to pursue plea negotiations and the government to continue to work on providing all necessary discovery materials in this matter.

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE